# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 8/04/21     Time: 9:30 a.m.

Defendant: Brandon Schwartz (J)     J#: 57755-509   Case #: 21-6443-Hunt

AUSA: James Ustynoski (Deric Zacca - Duty)     Attorney: Richard L. Cooper, Esq

Violation: Dealing in Firearms without a license.

Proceeding: RRC/ PTD Hearing     CJA Appt:

Bond/PTD Held: ○ Yes  ○ No     Recommended Bond: PTD

Bond Set at:     Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SDFL
- [x] Other: Appear at all court hearing and commit no new crimes.

Language: English

Disposition:
All parties present. Deft consent to proceed by zoom. Govt proceed by proffer. Agent Elizabeth Morales - ATF sworn. Cross - No redirect. Argument by both parties.
The govt's motion is hereby granted.
Deft shall be detained pending trial.
(Danger to the community)

**NEXT COURT APPEARANCE**   Date:     Time:     Judge:     Place:

Report RE Counsel: RRC RESET     8/13/21  11:00 a.m.     Duty     FTL

PTD/Bond Hearing:

Prelim/Arraign or Removal:  8/13/21     11:00 a.m.     Duty     FTL

Status Conference RE:

Check if Applicable: [ ]   The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 9:30:17     Time in Court: 1 HOUR

Page: ____